AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>WESLY COMPERE,<br><br>Defendant(s) | ) ) ) ) ) ) )   Case No. 13-2253-Otazo-Reyes |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21, 2013__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1029(a)(3). | The defendant, WESLY COMPERE, did knowingly with the intent to defraud possess fifteen or more access devices which are counterfeit and unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(3). |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

JAVIER MONTERO, S/A SSA
Printed name and title

Sworn to before me and signed in my presence.

Date: 2/22/13

_____
Judge's signature

City and state: Miami, Florida    Alicia Otazo-Reyes, U.S. Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-2253-Otazo-Reyes

UNITED STATES OF AMERICA

v.

WESLY COMPERE,

　　Defendant.
_____/

CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　WIFREDO A. FERRER
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　　　BY:　　_/s/ Francisco R. Maderal_
　　　　　　　　　　　　　　　　　　FRANCISCO R. MADERAL
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　Fla. Bar. No. 41481
　　　　　　　　　　　　　　　　　　99 N. E. 4th Street
　　　　　　　　　　　　　　　　　　Miami, Florida 33132-2111
　　　　　　　　　　　　　　　　　　TEL (305) 961-9159
　　　　　　　　　　　　　　　　　　FAX (305) 530-7976

# AFFIDAVIT

I, JAVIER R. MONTERO, being duly sworn, do hereby depose and state as follows:

1. I am employed as a Special Agent by the Office of the Inspector General, Social Security Administration (SSA), and have been so employed since 1997. My responsibilities include the investigation of fraud, waste, and abuse as it relates to the SSA. A number of these investigations focused upon individuals who have fraudulently applied for Retirement Insurance Benefits (RIB). I have also participated in the execution of search warrants for evidence of fraud in the past. The information in this affidavit is based on my personal observations and/or conversations with other law enforcement agents involved in this investigation.

2. The information contained in this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint against Wesly COMPERE for violations of federal law. Therefore, while it sets forth facts that I believe are more than sufficient to establish probable cause for the issuance of the complaint, it does not include all facts known to law enforcement regarding the instant investigation.

3. On February 21, 2013, at or around 7:00 a.m., law enforcement executed a search of COMPERE's residence, at 135 NW 120th Street, Miami, Florida, pursuant to a search warrant issued by this Court on February 20, 2013.

4. The purpose of the warrant was, among other things, to search for evidence of COMPERE's criminal scheme to defraud the United States by fraudulently applying for and receiving RIB and by fraudulently filing tax returns using stolen identities and unauthorized means of identification, producing false identification documents, and using unauthorized access devices in violation of 18 U.S.C. §§ 641, 1028, 1028A and 1029.

5. On the basis of my training and experience, I know that an individual's Social Security Number constitutes an "access devices" under certain provisions of federal law, including Title 18, United States Code, Section 1029.

6. On the basis of my training and experience, I also know that debit and credit cards constitute "access devices" under certain provisions of federal law, including Title 18, United States Code, Section 1029.

7. The search COMPERE's residence revealed that COMPERE had personal identity information of approximately 758 individuals, to include names, addresses, dates of birth, and social security numbers and/or debit cards, in his possession at his home.

8. In a post-*Miranda* statement, COMPERE admitted, among other things, to obtaining these access devices with the intent to defraud the United States and others.

9. Based on the foregoing facts, your Affiant submits that probable cause exists to believe that the defendant did knowingly with the intent to defraud possess fifteen or more access devices which are unauthorized access devices in violation of Title 18, United States Code, Section 1029(a)(3).

Respectfully submitted,

_____
JAVIER R. MONTERO
SPECIAL AGENT
SOCIAL SECURITY ADMINISTRATION,
OFFICE OF THE INSPECTOR GENERAL

Subscribed and sworn to before me
on February 22, 2013.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE