UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  13-20152-CR-COOKE

UNITED STATES OF AMERICA

vs.

WESLY COMPERE,

Defendant.

_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the stated facts beyond a reasonable doubt:

1.      Beginning on or before, June 30, 2012, the defendant, Wesly Compere, knowingly used debit cards in the names of other persons and social security numbers issued to other persons, in order to obtain social security retirement income benefits and income tax returns, aggregating more than $1,000 in a one-year period.

2.      Compere did not have authorization to use these access devices (i.e., the debit cards and social security numbers belonging to other persons) and did so with the intent to defraud.

3.      Compere's conduct affected interstate commerce.

4.      Compere did not act alone, but in concert with others.

5.      Compere used the social security numbers of at least 61 separate individuals to fraudulently apply for social security retirement income benefits; Compere successfully obtained such payments for at least 13 of those applications, totaling at least $111,002.10.

6.      Compere used the social security numbers and/or debit cards of at least 7 separate individuals to fraudulently obtain income tax refunds in their names, totaling at least $173.257.52.

7.      In the case of several the income tax returns, the fraudulent funds were routed first to fraudulent accounts opened in the victims' names and then to corporate bank accounts controlled by Compere, using counterfeit identification documents, including drivers' licenses, social security cards, and utility bills, all manufactured by Compere.

8.      On November 28, 2012, during and in relation to Compere's fraudulent use of the unauthorized access devices, Compere knowingly used a means of identification of another real person, that is debit card, with account number, XXXX-XXXX-XXXX-0441, issued to "M.H.," without lawful authority.

9.      On February 21, 2013, the execution of a lawful search warrant at Compere's residence revealed that Compere was in possession of the following in connection with and furtherance of the fraud:

      a.      One-thousand-nine-hundred-and-ninety-nine (1,999) unique, unauthorized access devices in the form of individuals' names, dates of birth, and social security numbers.

     b.     Seventy-nine (79) unauthorized debit cards, with account numbers, in the

names of other persons;

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 6/20/13          By: _____
                         FRANCISCO R. MADERAL
                         ASSISTANT UNITED STATES ATTORNEY

Date: 6/20/13          By: _____
                         MIGUEL CARIDAD
                         ATTORNEY FOR DEFENDANT

Date: 6/20/13          By: _____
                         WESLY COMPERE