```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                   CASE NO. 13-20152-CR-COOKE


UNITED STATES OF AMERICA,

              Plaintiff,              AUGUST 21, 2013
       vs.
                                      MIAMI, FLORIDA
WESLY COMPERE,

              Defendant.
_____/    Pages 1 - 24


               TRANSCRIPT OF SENTENCING HEARING
            BEFORE THE HONORABLE MARCIA G. COOKE
                UNITED STATES DISTRICT JUDGE




APPEARANCES:

FOR THE GOVERNMENT:   Francisco Maderal, Jr., AUSA
                      Office of U.S. Attorney
                      99 NE 4th Street
                      Miami, Florida  33132


FOR THE DEFENDANT:    Miguel Caridad, AFPD
                      Office of U.S. Public Defender
                      150 W. Flagler Street
                      Miami, Florida  33130




REPORTED BY:          DIANE MILLER, RMR, CRR
                      Official United States Court Reporter
                      400 N. Miami Avenue, Room 11-2
                      Miami, FL  33128
                      (305)523-5152
                      diane_miller@flsd.uscourts.gov
```

August 21, 2013.

```
 1                      P-R-O-C-E-E-D-I-N-G-S

 2          THE COURT:  We are on the record versus Wesly Compere

 3    appearing for the United States.

 4          MR. MADERAL:  Frank Maderal on behalf of the United

 5    States.

 6          THE COURT:  Appearing on behalf of Mr. Compere?

 7          MR. CARIDAD:  Miguel Caridad, Assistant Federal

 8    Public Defender, on behalf of Wesly Compere who is present.

 9          THE COURT:  Before we go forward, Counsel for the

10    United States, was there anything further that you had in

11    regard to victims in this case?  I think in my discussions

12    with Probation, they said that all they know about it --

13          PROBATION OFFICER:  The Social Security

14    Administration and the IRS.

15          THE COURT:  Are there no individual?

16          MR. MADERAL:  There are thousands of individuals, but

17    we don't have any loss affidavits or further information from

18    them.

19          THE COURT:  And is there no way -- or has the

20    Government not sought to contact them or find their names in

21    terms of restitution amounts?  Have they been made whole?

22          MR. MADERAL:  They would have been made whole by

23    Social Security and IRS is my understanding.  They were not

24    the ones who would bear this loss.  We have not reached out to

25    them in terms of any collateral consequences they may have
```

August 21, 2013.

1    suffered as a result of their identities being stolen by

2    Mr. Compere or others.

3            THE COURT:  All right.

4            Counsel, you may proceed, Mr. Caridad, to sentence,

5    please.  I have the total offense level is 27, the criminal

6    history category is one, the advisory guideline range is 70 to

7    87 months.  There is a mandatory stacking of 24 months here,

8    Counsel.

9            MR. CARIDAD:  Yes, Your Honor.

10           Judge, the last point that the Court made is the one

11   I would like to start with.  The fact that Mr. Compere pled

12   guilty to two counts, one of which carries a ten-year maximum

13   and is governed by the advisory guidelines, the other count is

14   an aggravated felony which carries a two-year additional

15   minimum mandatory to whatever the Court imposes on the

16   non-mandatory counts.

17           It has always seemed to me, and it seems to me in

18   this case that there is not strictly double counting going on,

19   because the guidelines of the law says you can, you have to

20   impose consecutive sentences; but in reality, it doesn't seem

21   to me like one of these crimes could not occur without the

22   other.  There is an element of one crime then the other.  So

23   this additional two years seems to me, in this case, to be

24   excessive and redundant, so I ask the Court to take that in

25   mind.

August 21, 2013.

1    We believe that a total sentence of 70 months at the

2    bottom of the guidelines plus two years is too much for

3    Mr. Compere, and we are asking the Court to sentence below

4    that guideline range.  We are asking for a sentence of --

5    instead of 70 months plus two years, which would be a total of

6    seven years and ten months, we are asking for a sentence of

7    six years, which is still a substantial sentence.

8    I say that for the following reasons.  What I just

9    told the Court about this 1028 data that always dumps an

10    additional two years onto the offense.  This is Mr. Compere's

11    first conviction.  He has no prior problems with the law

12    except for some minor arrests that don't even count.

13    I would like to tell the Court something about

14    Mr. Compere, but I would like to go sidebar with the

15    Government, if I could, for a brief moment, Your Honor.

16    THE COURT:  You may.

17    (Following proceedings in bench conference.)

18    THE COURT:  Please.

19    MR. CARIDAD:  Before Mr. Compere became my client, he

20    was represented by another attorney who brought him in for an

21    interview with the Government in an attempt to cooperate, so

22    there was an initial interview before we became involved.

23    After we became involved, there was a second

24    interview that I was present at where Mr. Compere spoke to the

25    Government.  At that point, we had intended his cooperation to

1  continue.  He has decided not to continue his cooperation, he

2  tells me, because he is concerned about his mother's safety.

3       But in those two interviews, I believe he was

4  truthful, and he gave the Government information about two

5  people that the Government did not know about yet.  Now, from

6  what the Government tells me, they really can't go forward on

7  those two people without Mr. Compere; but he did tell them

8  about two persons that they did not know about.

9       He also told them about other people that they

10  already did know about, so they could have gone forward

11  without Mr. Compere.  But I believe he gave them information

12  about those other people that I think was truthful, so he did

13  give some cooperation.

14       He has not risen to the level of substantial

15  assistance.  I don't know if it ever will, but he did take the

16  time to sit down and talk with the Government about other

17  persons.

18       MR. MADERAL:  That is true, he did speak to us in two

19  debriefs.  The first one, he basically told us what we already

20  knew.  The second one, he told us a little more.  He also

21  refused to talk about some people.  As you will hear when I

22  speak, his fraud was ongoing and far reaching, involved

23  multiple public officials, at least five prison guards, a

24  police officer, postal workers.  Those are the people that we

25  were hoping that he would cooperate against.

August 21, 2013.

1          THE COURT:  So this means there is no 5K.

2          MR. MADERAL:  He is refusing to cooperate.

3          THE COURT:  And there is no Rule 35 in the offering?

4          MR. MADERAL:  If he decides to cooperate, there is

5     still the possibility.

6          THE COURT:  What I'm hearing coming from Defense

7     Counsel is, "Judge, consider the fact that my client has an

8     imperfect cooperation record, but he made some attempt at it;"

9     am I correct?

10         MR. CARIDAD:  Yes, Your Honor.

11         THE COURT:  All right, thank you.

12      (Proceedings in open court.)

13         MR. CARIDAD:  Your Honor, there are some people who

14    came to Court today for my client's sentencing.  I would just

15    like to mention their names.

16         First of all, his parents are here.  They have

17    supported him throughout this whole disaster and are very

18    surprised by his conduct.

19         The other people who are here are a family friend, a

20    gentleman named Jackie Prince [phonetic], who also happens to

21    be my client's barber.  He has known him for about almost ten

22    years, sees him regularly, believes him to be an honest

23    person; did not know that this was going on, obviously, but is

24    here to support Mr. Compere.

25         The other person is Elizabeth Jean [phonetic] who is

August 21, 2013.

1  a close friend of the family.  She works as a housekeeper for

2  Miami-Dade.  She's known my client for quite some time.  She

3  tells me that he is always willing to help her whenever she

4  needs something, either a little bit of money or help in

5  taking her to wherever she needs to go, to the church, to the

6  grocery, or any other assistance that she needs.

7          I would like to have a young lady named Michelle

8  Ramone [phonetic] who has known my client for a little bit, to

9  speak to the Court about him and his qualities as a person.

10  If she could come up, she has a brief letter she would like to

11  read to the Court.

12          THE COURT:  Briefly, Counsel.

13          MR. CARIDAD:  Could you tell the Judge your name,

14  please.

15          MS. ROMAN:  Good morning, Your Honor, my name is

16  Myrna Michelle Roman.

17          And good morning to all, my name is Myrna Roman.

18          I have been a part of Wesly Compere's life for about

19  six years now.  We met while working together at the Florida

20  Toll and Turnpike.  Wesly was my manager; and through the

21  months of my employment with the company, we just clicked and

22  became very good friends.

23          Wesly Compere is one of the most kind, loving, caring

24  individuals I know.  During the time of our first

25  acquaintance, I was going through some struggles and Wesly

August 21, 2013.

```
 1  helped me get back on my feet.  He helped me get a new place
 2  to live for me and my son.  He also cared for my son as -- he
 3  also cared for my son as if my son was his own.  He was --
 4  Wesly has helped me from getting a place to stay to my very
 5  first car to baby-sitting my son Sebastian and loving me
 6  through good times and bad.
 7          Out of all of the time that I have known Wesly, I
 8  would never, in a million years, imagine that he would be
 9  keeping a secret like this from me.  I wish I would have known
10  because I would have done everything in my power to have
11  prevented this crime from happening.
12          I love Wesly very much and it hurts me to have to see
13  him and his family going through this tough time.
14          That's all.
15          MR. CARIDAD:  Thank you.
16          THE COURT:  Thank you very much, ma'am.
17          Mr. Caridad does your client wish to address the
18  Court?
19          MR. CARIDAD:  He does want to say something to the
20  Court, Your Honor, which he has also written so I would like
21  him stand.
22          And if you could read the statement to the Court.
23          THE DEFENDANT:  I would like to apologize to you,
24  Judge, the Government, to my family and friends.
25          As you can see I'm an only child to both of my two
```

August 21, 2013.

1   parents.  They raised me to be an honest person.

2           MR. CARIDAD:  Judge, I think I'm going to read this

3   statement for him.

4           THE COURT:  All right.

5           MR. CARIDAD:  I, Wesly Compere, apologize to you

6   Judge, to the Government, to my family and friends.

7           As you can see, I'm an only child to both of my

8   parents.  They raised me to be an honest person and provide

9   for me on a limited budget.  My family [sic] was fortunate

10  enough to make it to the United States before I was born, and

11  later sent for me and my mother to join him.

12          I graduated high school, held several jobs over the

13  years, was even supervisor for the Florida Department of

14  Transportation Florida Turnpike Tolls Operations South Florida

15  District.  When I left that job, I went to school full-time at

16  Miami-Dade College.  Then, things started to get rough.  I had

17  no income.  My father, the only one providing; my mother is a

18  sick woman.  I felt ashamed that I was unable to contribute,

19  which pushed me to do the wrong that I did.

20          I was never happy about what I was doing.  I kept it

21  a secret from my parents because I knew they would have never

22  have approved of what I was doing.

23          I apologize to the victims, the Government, and most

24  of all to my mother because she is a sick woman; and with my

25  father, the only one working.  I take her to all of her doctor

August 21, 2013.

1  visits, to the supermarket, to church.  It hurts me deeply

2  that I put her through this because her and my father deserve

3  better.  I love them both to death.

4       Again, I apologize from my heart and wish that none

5  of this happened.  I'm sorry.

6       THE COURT:  Counsel for the United States, anything

7  before the Court proceeds?

8       MR. MADERAL:  Your Honor, I have two points I want to

9  make.  The first point is a legal point, and that is with what

10 Mr. Caridad is asking, which is discounting from the guideline

11 range, the two years, the two-year consecutive sentence under

12 1028A is expressly prohibited by 1028.

13      THE COURT:  Are you saying, Court, you do have a

14 requirement to sentence him to two years mandatory, that

15 sentence can be on top of any other sentence that the Court

16 would give, and he is essentially asking the Court to look at

17 the 3553 factors in order to sentence the defendant?  I don't

18 think that that's impermissible.

19      MR. MADERAL:  Stated like that, it is certainly not,

20 Your Honor.

21      I would also like to add a few facts with the case

22 agent that I think would be relevant to the Court, if you

23 would allow me to.

24      THE COURT:  Briefly, sir.

25      MR. MADERAL:  United States would call Case Agent

August 21, 2013.

1  Rick Montero from the Social Security Administration.

2          THE COURT:  Sir, you can just -- right there is fine.

3          MS. ROMAN:  Right here?

4          THE COURT:  Yes.

5          AGENT RICK MONTERO, GOVERNMENT WITNESS.

6                    DIRECT EXAMINATION

7  BY MR. MADERAL:

8      Q.   Agent Montero, you were the investigator in this

9  case; is that correct?

10     A.   That's correct.

11     Q.   And you executed a search warrant at Wesly Compere's

12 residence in January of 2013, correct?

13     A.   In February.

14     Q.   February?

15     A.   That's correct.

16     Q.   How long have you been investigating Mr. Compere

17 before that?

18     A.   Close to a year.

19     Q.   And in the course of your investigation, both before

20 and after the execution of the search warrant, what different

21 types of fraud did you learn that Mr. Compere was involved in?

22     A.   In addition to the Social Security fraud, he was

23 doing income tax fraud, unemployment fraud, driver's license

24 fraud.

25          MR. CARIDAD:  I object to this testimony.  This is

August 21, 2013.

1    not in the factual proffer.  It may be in discovery, I really

2    can't tell right now; but it is not in the factual proffer, it

3    is not in the PSI, and I shouldn't now, at this stage, have to

4    cross-examine.

5              THE COURT:  Mr. Caridad, your objection is well

6    stated.

7              Move on, Counsel.

8    BY MR. MADERAL:

9        Q.   How long -- focusing on tax fraud, how long -- how

10   far back can you tell from the -- from your investigation that

11   Mr. Compere was involved in tax fraud?

12       A.   During the search warrant, we seized a number of

13   documents at the residence as well as electronic storage

14   media; and examination of the computers and other storage

15   media indicated that there was tax fraud dating back to 2010.

16       Q.   And the amount of tax fraud, the 200,000- or

17   300,000-dollar amount that has been discussed of tax and

18   Social Security fraud, is that the total amount of fraud?

19       A.   No.

20             MR. CARIDAD:  Again, Your Honor, I object, this is

21   beyond what is in the factual proffer.

22             THE COURT:  Counsel, I think I have sufficient

23   information.  Thank you, sir.

24             THE WITNESS:  Thank you.

25             THE COURT:  I think I have enough.  Thank you, sir.

August 21, 2013.

```
 1            MR. MADERAL:  Just very briefly, on the factors, Your
 2   Honor, the characteristics, the nature of the offense.  It was
 3   a wide ranging fraud that had gone on for some time.  I don't
 4   think this is someone who had just engaged in three frauds --
 5   or a couple of frauds and then was unlucky and got caught with
 6   a lot of identities.  I think this is someone who had these
 7   identities because he was using them, and he was using them
 8   for a long time, and he was engaged in a lot of different
 9   types of fraud.
10            In terms of the need of punishment, seriousness of
11   this offense, these types of frauds are a plague in our
12   community right now.  These types of frauds are a plague on
13   our Federal Government and our budget situation.  These are
14   very serious crimes.
15            Social Security fraud in particular is the new
16   forefront.  I think there are a lot of people who are moving
17   on from tax fraud and now discovering Social Security fraud.
18   This is yet another sad and unfortunate way for people to
19   steal from our Government, and I think this is something that
20   we need to nip in the bud.
21            Mr. Compere worked with a lot of people.  A lot of
22   people came to Mr. Compere's house.  A lot of people are aware
23   of Mr. Compere.  I think this is a case that will have a huge
24   turn affect.  I think that the guidelines are appropriate, I
25   think that a 70-month sentence together with a 24-month
```

August 21, 2013.

1  sentence from the count three is exactly what is needed in

2  this case, considering the 3553 factors.

3          I think that's all I have.

4          THE COURT:  Thank you very much, Counsel.

5          MR. CARIDAD:  One thing that I mentioned when my

6  client pled guilty, which was a slight correction or

7  clarification of what is in 1the factual proffer, which is

8  that on the fraudulent income tax fraud side of this scheme,

9  other persons were the ones who actually filed and sought to

10 obtain income tax refunds.  My client set up bank accounts

11 that received the money.  I clarified that at the plea, and I

12 think that's a correct statement, though, of what happened.

13         THE COURT:  All right.  Thank you very much.

14         Sir, would you stand.

15         I suppose what I find most disturbing about what you

16 did is that, as the Prosecutor stated, this affects people in

17 ways you can't see.  I mean, everyone thinks that all I did

18 was I got a refund that I wasn't entitled to.  People end up

19 spending countless hours of their own time and their own money

20 to rectify these situations.  So even though there are no

21 actual per se victims walking into the courtroom today, I know

22 that these people exist.  So that's thing one.

23         Thing two, this wasn't an accidental criminal

24 enterprise for you, sir.  You took the time, the energy, and

25 the effort to figure out how to do this and how to profit from

August 21, 2013.

1   it.

2          And I think the other thing that's even more

3   disturbing was you didn't have to; and even though you were on

4   economic hard times, you are not a person without intellectual

5   resource, you are not a person who does not know how to work.

6   You chose this path, and you chose it knowingly.  Knowing your

7   background and what you had in life, no, there was no silver

8   spoon; but as I'm certain your attorney could tell you, you

9   had a spoon and lots of people who walk in this courtroom

10  don't even have that advantage.

11         But I do think that a 90-month sentence in this case

12  overrepresents the nature of the criminal behavior, and given

13  the 3553 factors, I will be departing slightly from the

14  advisory guideline range.

15         It is the judgment of the Court that the defendant is

16  hereby sentenced to a total of 70 months.  That's 36 months as

17  to count one and 24 months -- no 48 months, excuse me, as to

18  count one, and 24 months on count three to be served

19  consecutive to count one.  I hope my math is correct, but that

20  should be for a total of 70 months.

21         It is further ordered the defendant shall pay

22  restitution in the amount of $284,259.62.

23         PROBATION OFFICER:  Your Honor, if I may, I think

24  that comes out to 72 months, 48 plus 24.

25         MR. CARIDAD:  Did the Court say 46 or 48?

August 21, 2013.

```
 1             THE COURT:  I say 48, but I think if I wanted it to
 2   come out to 70, that count one number needs to be 46.
 3             PROBATION OFFICER:  Yes, Your Honor.
 4             THE COURT:  Thank you for the mathematician.
 5             During the period of incarceration, the defendant
 6   shall make payment as follows:  In UNICOR, if he works there,
 7   50 percent of his UNICOR wages; if not, then $25 per quarter.
 8             Upon release from incarceration, the defendant shall
 9   pay restitution at the rate of 10 percent of monthly gross
10   earnings until such time as that amount is altered.
11             These payments don't preclude the United States or
12   Probation from using other resources in order to gain access
13   to the defendant's assets or other income.  And restitution
14   shall be made payable to the Clerk of the Court.
15             Is there a need, Counsel, for an additional
16   restitution hearing in regard to this matter?
17             MR. MADERAL:  No, Your Honor.
18             THE COURT:  Upon release from imprisonment, the
19   defendant is placed on supervised release for a term of three
20   years.  It consists of three years as to count one, one year
21   as to count three to be served concurrently.
22             Within 72 hours of his release from the custody of
23   the Bureau of Prisons, he is to report to the probation office
24   in the district where released.  He is not to commit any
25   crimes, is prohibited from possessing a firearm or other
```

August 21, 2013.

```
 1  dangerous device; shall not possess a controlled substance;
 2  shall cooperate in the collection of DNA; and comply with the
 3  standard conditions of supervised release, including the
 4  special conditions outlined in Part G of the report; and pay
 5  the special assessment of $200, that's $100 as to each count;
 6  and forfeit the right, title, and interest in the property
 7  consistent with the plea agreement.
 8          Now that sentence has been imposed, does the
 9  defendant or his counsel object to the Court's finding of fact
10  or the manner in which the sentence was pronounced?
11          MR. CARIDAD:  No, Your Honor.
12          THE COURT:  Sir, you have 14 days to appeal the
13  sentence, any notice of appeal must be filed within that time.
14          Counsel, is there any objection to allowing the
15  defendant to report to the designated facility?
16          MR. MADERAL:  No, Your Honor.
17          THE COURT:  Today is August 21st; the defendant shall
18  report to the designated institution by September 30th, by
19  September 30th.
20          If no institution has been designated at that time,
21  he shall turn himself into the United States Marshal Service
22  in this district no later than noon?
23          THE COURTROOM DEPUTY:  2:00 p.m.
24          THE COURT:  By 2:00 p.m.  Until that time, sir, you
25  remain on bond.  If you fail to abide by the terms and
```

August 21, 2013.

1  conditions of your release, you will be arrested and begin

2  serving your sentence immediately; do you understand that,

3  sir?

4          THE DEFENDANT:  Yes, ma'am.

5          THE COURT:  Anything further from the United States?

6          MR. MADERAL:  Nothing from the Government, Your

7  Honor.

8          THE COURT:  Anything further, Mr. Caridad?

9          MR. CARIDAD:  No, Your Honor, thank you.

10         THE COURT:  Thank you very much.

11     (PROCEEDINGS ADJOURNED AT 12:10 p.m.)

12             **C-E-R-T-I-F-I-C-A-T-E**

13         I hereby certify that the foregoing is an

14  accurate transcription and proceedings in the

15  above-entitled matter.

16  **3/15/2014**                    **/s/DIANE MILLER**
    DATE                     DIANE MILLER, RMR, CRR
17                           Official United States Court Reporter
                             Wilkie D. Ferguson Jr. U.S. Courthouse
18                           400 North Miami Avenue, Suite 11-2
                             Miami, FL  33128
19                           305- 523-5152   (fax) 305-523-5159

20

21

22

23

24

25

August 21, 2013.

**$**

$100 [1]  17/5
$200 [1]  17/5
$25 [1]  16/7
$284,259.62 [1]  15/22

**/**

/s/DIANE [1]  18/16

**1**

10 percent [1]  16/9
1028 [2]  4/9 10/12
1028A [1]  10/12
11-2 [2]  1/22 18/18
12:10 [1]  18/11
13-20152-CR-COOKE [1]  1/2
14 [1]  17/12
150 [1]  1/17
1the [1]  14/7

**2**

200,000 [1]  12/16
2010 [1]  12/15
2013 [2]  1/4 11/12
2014 [1]  18/16
21 [1]  1/4
21st [1]  17/17
24 [5]  1/7 3/7 15/17 15/18 15/24
24-month [1]  13/25
27 [1]  3/5
2:00 [1]  17/24
2:00 p.m [1]  17/23

**3**

3/15/2014 [1]  18/16
300,000-dollar [1]  12/17
305 [2]  1/23 18/19
305-523-5159 [1]  18/19
30th [2]  17/18 17/19
33128 [2]  1/22 18/18
33130 [1]  1/18
33132 [1]  1/15
35 [1]  6/3
3553 [3]  10/17 14/2 15/13
36 [1]  15/16

**4**

400 [2]  1/22 18/18
46 [2]  15/25 16/2
48 [4]  15/17 15/24 15/25 16/1
4th [1]  1/14

**5**

50 percent [1]  16/7
5152 [2]  1/23 18/19
5159 [1]  18/19
523-5152 [2]  1/23 18/19
5K [1]  6/1

**7**

70 [6]  3/6 4/1 4/5 15/16 15/20 16/2
70-month [1]  13/25
72 [2]  15/24 16/22

**8**

87 [1]  3/7

**9**

90-month [1]  15/11
99 [1]  1/14

**A**

abide [1]  17/25
about [18]  2/12 4/9 4/13 5/2 5/4 5/5 5/8 5/8
 5/9 5/10 5/12 5/16 5/21 6/21 7/9 7/18 9/20
 14/15
above [1]  18/15
above-entitled [1]  18/15
access [1]  16/12
accidental [1]  14/23
accounts [1]  14/10
accurate [1]  18/14
acquaintance [1]  7/25
actual [1]  14/21
actually [1]  14/9
add [1]  10/21
addition [1]  11/22
additional [4]  3/14 3/23 4/10 16/15
address [1]  8/17
ADJOURNED [1]  18/11
Administration [2]  2/14 11/1
advantage [1]  15/10
advisory [3]  3/6 3/13 15/14
affect [1]  13/24
affects [1]  14/16
affidavits [1]  2/17
AFPD [1]  1/16
after [2]  4/23 11/20
Again [2]  10/4 12/20
against [1]  5/25
agent [4]  10/22 10/25 11/5 11/8
aggravated [1]  3/14
agreement [1]  17/7
all [13]  2/12 3/3 6/11 6/16 7/17 8/7 8/14 9/4
 9/24 9/25 14/3 14/13 14/17
allow [1]  10/23
allowing [1]  17/14
almost [1]  6/21
already [2]  5/10 5/19
also [7]  5/9 5/20 6/20 8/2 8/3 8/20 10/21
altered [1]  16/10
always [3]  3/17 4/9 7/3
am [1]  6/9
AMERICA [1]  1/3
amount [5]  12/16 12/17 12/18 15/22 16/10
amounts [1]  2/21
another [2]  4/20 13/18
any [7]  2/17 2/25 7/6 10/15 16/24 17/13
 17/14
anything [4]  2/10 10/6 18/5 18/8
apologize [4]  8/23 9/5 9/23 10/4
appeal [2]  17/12 17/13
APPEARANCES [1]  1/12
appearing [2]  2/3 2/6
appropriate [1]  13/24
approved [1]  9/22
are [23]
arrested [1]  18/1
arrests [1]  4/12
as [19]
ashamed [1]  9/18
ask [1]  3/24
asking [5]  4/3 4/4 4/6 10/10 10/16

assessment [1]  17/5
assets [1]  16/13
assistance [2]  5/15 7/6
Assistant [1]  2/7
attempt [2]  4/21 6/8
attorney [3]  1/14 4/20 15/8
AUGUST [2]  1/4 17/17
August 21st [1]  17/17
AUSA [1]  1/13
Avenue [2]  1/22 18/18
aware [1]  13/22

**B**

baby [1]  8/5
baby-sitting [1]  8/5
back [3]  8/1 12/10 12/15
background [1]  15/7
bad [1]  8/6
bank [1]  14/10
barber [1]  6/21
basically [1]  5/19
be [18]  3/23 4/5 6/21 6/22 8/8 9/1 9/8 10/15
 10/22 12/1 15/13 15/18 15/20 16/2 16/14
 16/21 17/13 18/1
bear [1]  2/24
became [4]  4/19 4/22 4/23 7/22
because [7]  3/19 5/2 8/10 9/21 9/24 10/2
 13/7
been [8]  2/21 2/22 7/18 11/16 12/17 17/8
 17/20
before [8]  1/9 2/9 4/19 4/22 9/10 10/7 11/17
 11/19
begin [1]  18/1
behalf [3]  2/4 2/6 2/8
behavior [1]  15/12
being [1]  3/1
believe [3]  4/1 5/3 5/11
believes [1]  6/22
below [1]  4/3
bench [1]  4/17
better [1]  10/3
beyond [1]  12/21
bit [2]  7/4 7/8
bond [1]  17/25
born [1]  9/10
both [4]  8/25 9/7 10/3 11/19
bottom [1]  4/2
brief [2]  4/15 7/10
briefly [3]  7/12 10/24 13/1
brought [1]  4/20
bud [1]  13/20
budget [2]  9/9 13/13
Bureau [1]  16/23

**C**

C-E-R-T-I-F-I-C-A-T-E [1]  18/12
call [1]  10/25
came [2]  6/14 13/22
can [6]  3/19 8/25 9/7 10/15 11/2 12/10
can't [3]  5/6 12/2 14/17
car [1]  8/5
cared [2]  8/2 8/3
Caridad [7]  1/16 2/7 3/4 8/17 10/10 12/5
 18/8
caring [1]  7/23
carries [2]  3/12 3/14
case [10]  1/2 2/11 3/18 3/23 10/21 10/25

**C**

case... [4]  11/9 13/23 14/2 15/11
category [1]  3/6
caught [1]  13/5
certain [1]  15/8
certainly [1]  10/19
certify [1]  18/13
characteristics [1]  13/2
child [2]  8/25 9/7
chose [2]  15/6 15/6
church [2]  7/5 10/1
clarification [1]  14/7
clarified [1]  14/11
Clerk [1]  16/14
clicked [1]  7/21
client [7]  4/19 6/7 7/2 7/8 8/17 14/6 14/10
client's [2]  6/14 6/21
close [2]  7/1 11/18
collateral [1]  2/25
collection [1]  17/2
College [1]  9/16
come [2]  7/10 16/2
comes [1]  15/24
coming [1]  6/6
commit [1]  16/24
community [1]  13/12
company [1]  7/21
COMPERE [20]
Compere's [4]  4/10 7/18 11/11 13/22
comply [1]  17/2
computers [1]  12/14
concerned [1]  5/2
concurrently [1]  16/21
conditions [3]  17/3 17/4 18/1
conduct [1]  6/18
conference [1]  4/17
consecutive [3]  3/20 10/11 15/19
consequences [1]  2/25
consider [1]  6/7
considering [1]  14/2
consistent [1]  17/7
consists [1]  16/20
contact [1]  2/20
continue [2]  5/1 5/1
contribute [1]  9/18
controlled [1]  17/1
conviction [1]  4/11
COOKE [2]  1/2 1/9
cooperate [5]  4/21 5/25 6/2 6/4 17/2
cooperation [4]  4/25 5/1 5/13 6/8
correct [7]  6/9 11/9 11/10 11/12 11/15
 14/12 15/19
correction [1]  14/6
could [7]  3/21 4/15 5/10 7/10 7/13 8/22 15/8
counsel [12]  2/9 3/4 3/8 6/7 7/12 10/6 12/7
 12/22 14/4 16/15 17/9 17/14
count [11]  3/13 4/12 14/1 15/17 15/18
 15/18 15/19 16/2 16/20 16/21 17/5
counting [1]  3/18
countless [1]  14/19
counts [2]  3/12 3/16
couple [1]  13/5
course [1]  11/19
court [24]
Court's [1]  17/9
Courthouse [1]  18/17

courtroom [2]  14/21 15/9
CR [1]  1/2
crime [2]  3/22 8/11
crimes [3]  3/21 13/14 16/25
criminal [3]  3/5 14/23 15/12
cross [1]  12/4
cross-examine [1]  12/4
CRR [2]  1/21 18/16
custody [1]  16/22

**D**

Dade [2]  7/2 9/16
dangerous [1]  17/1
data [1]  4/9
DATE [1]  18/16
dating [1]  12/15
days [1]  17/12
death [1]  10/3
debriefs [1]  5/19
decided [1]  5/1
decides [1]  6/4
deeply [1]  10/1
defendant [11]  1/7 1/16 10/17 15/15 15/21
 16/5 16/8 16/19 17/9 17/15 17/17
defendant's [1]  16/13
Defender [2]  1/17 2/8
Defense [1]  6/6
departing [1]  15/13
Department [1]  9/13
deserve [1]  10/2
designated [3]  17/15 17/18 17/20
device [1]  17/1
diane [4]  1/21 1/23 18/16 18/16
did [13]  5/5 5/7 5/8 5/10 5/12 5/15 5/18
 6/23 9/19 11/21 14/16 14/17 15/25
didn't [1]  15/3
different [2]  11/20 13/8
DIRECT [1]  11/6
disaster [1]  6/17
discounting [1]  10/10
discovering [1]  13/17
discovery [1]  12/1
discussed [1]  12/17
discussions [1]  2/11
district [6]  1/1 1/1 1/10 9/15 16/24 17/22
disturbing [2]  14/15 15/3
DNA [1]  17/9
do [5]  9/19 10/13 14/25 15/11 18/2
doctor [1]  9/25
documents [1]  12/13
does [4]  8/17 8/19 15/5 17/8
doesn't [1]  3/20
doing [3]  9/20 9/22 11/23
dollar [1]  12/17
don't [7]  2/17 4/12 5/15 10/17 13/3 15/10
 16/11
done [1]  8/10
double [1]  3/18
down [1]  5/16
driver's [1]  11/23
dumps [1]  4/9
During [3]  7/24 12/12 16/5

**E**

each [1]  17/5
earnings [1]  16/10
economic [1]  15/4

effort [1]  14/25
either [1]  1/7/4
electronic [1]  12/13
element [1]  3/22
Elizabeth [1]  6/25
employment [1]  7/21
end [1]  14/18
energy [1]  14/24
engaged [2]  13/4 13/8
enough [2]  9/10 12/25
enterprise [1]  14/24
entitled [2]  14/18 18/15
essentially [1]  10/16
even [6]  4/12 9/13 14/20 15/2 15/3 15/10
ever [1]  5/15
everyone [1]  14/17
everything [1]  8/10
exactly [1]  14/1
examination [2]  11/6 12/14
examine [1]  12/4
except [1]  4/12
excessive [1]  3/24
excuse [1]  15/17
executed [1]  11/11
execution [1]  11/20
exist [1]  14/22
expressly [1]  10/12

**F**

facility [1]  17/15
fact [3]  3/11 6/7 17/9
factors [4]  10/17 13/1 14/2 15/13
facts [1]  10/21
factual [4]  12/1 12/2 12/21 14/7
fail [1]  17/25
family [6]  6/19 7/1 8/13 8/24 9/6 9/9
far [2]  5/22 12/10
father [3]  9/17 9/25 10/2
fax [1]  18/19
February [2]  11/13 11/14
Federal [2]  2/7 13/13
feet [1]  8/1
felony [1]  3/14
felt [1]  9/18
Ferguson [1]  18/17
few [1]  10/21
figure [1]  14/25
filed [2]  14/9 17/13
find [2]  2/20 14/15
finding [1]  17/9
fine [1]  11/2
firearm [1]  16/25
first [6]  4/11 5/19 6/16 7/24 8/5 10/9
five [1]  5/23
FL [2]  1/22 18/18
Flagler [1]  1/17
FLORIDA [8]  1/1 1/5 1/15 1/18 7/19 9/13
 9/14 9/14
flsd.uscourts.gov [1]  1/23
focusing [1]  12/9
following [2]  4/8 4/17
follows [1]  16/6
forefront [1]  13/16
foregoing [1]  18/13
forfeit [1]  17/6
fortunate [1]  9/9
forward [3]  2/9 5/6 5/10

**F**

Francisco [1]  1/13
Frank [1]  2/4
fraud [18]  5/22 11/21 11/22 11/23 11/23
 11/24 12/9 12/11 12/15 12/16 12/18 12/18
 13/3 13/9 13/15 13/17 13/17 14/8
frauds [4]  13/4 13/5 13/11 13/12
fraudulent [1]  14/8
friend [2]  6/19 7/1
friends [3]  7/22 8/24 9/6
full [1]  9/15
full-time [1]  9/15
further [5]  2/10 2/17 15/21 18/5 18/8

**G**

gain [1]  16/12
gave [2]  5/4 5/11
gentleman [1]  6/20
get [3]  8/1 8/1 9/16
getting [1]  8/4
give [2]  5/13 10/16
given [1]  15/12
go [4]  2/9 4/14 5/6 7/5
going [5]  3/18 6/23 7/25 8/13 9/2
gone [2]  5/10 13/3
good [4]  7/15 7/17 7/22 8/6
got [2]  13/5 14/18
governed [1]  3/13
GOVERNMENT [16]  1/13 2/20 4/15 4/21
 4/25 5/4 5/5 5/6 5/16 8/24 9/6 9/23 11/5
 13/13 13/19 18/6
graduated [1]  9/12
grocery [1]  7/6
gross [1]  16/9
guards [1]  5/23
guideline [4]  3/6 4/4 10/10 15/14
guidelines [4]  3/13 3/19 4/2 13/24
guilty [2]  3/12 14/6

**H**

had [8]  2/10 4/25 9/16 13/3 13/4 13/6 15/7
 15/9
happened [2]  10/5 14/12
happening [1]  8/11
happens [1]  6/20
happy [1]  9/20
hard [1]  15/4
has [14]  2/19 3/17 4/11 5/1 5/14 6/7 6/21
 7/8 7/10 8/4 8/20 12/17 17/8 17/20
have [29]
he [39]
hear [1]  5/21
hearing [3]  1/9 6/6 16/16
heart [1]  10/4
held [1]  9/12
help [2]  7/3 7/4
helped [3]  8/1 8/1 8/4
her [6]  7/3 7/5 9/25 9/25 10/2 10/2
here [5]  3/7 6/16 6/19 6/24 11/3
hereby [2]  15/16 18/13
high [1]  9/12
him [11]  4/20 6/17 6/21 6/22 6/22 7/9 8/13
 8/21 9/3 9/11 10/14
himself [1]  17/21
his [12]  4/25 5/1 5/2 5/22 6/16 6/18 7/9 8/3
 8/13 16/7 16/22 17/9

history [1]  3/6
honest [3]  6/22 9/1 9/8
Honor [17]  3/9 4/15 6/10 6/13 7/15 8/20
 10/8 10/20 12/20 13/2 15/23 16/3 16/17
 17/11 17/16 18/7 18/9
HONORABLE [1]  1/9
hope [1]  15/29
hoping [1]  5/25
hours [2]  14/19 16/22
house [1]  13/22
housekeeper [1]  7/1
how [7]  11/16 12/9 12/9 12/9 14/25 14/25
 15/5
huge [1]  13/23
hurts [2]  8/12 10/1

**I**

I'm [6]  6/6 8/25 9/2 9/7 10/5 15/8
identities [3]  3/1 13/6 13/7
imagine [1]  8/8
immediately [1]  18/2
imperfect [1]  6/8
impermissible [1]  10/18
impose [1]  3/20
imposed [1]  17/8
imposes [1]  3/15
imprisonment [1]  16/18
incarceration [2]  16/5 16/8
including [1]  17/3
income [5]  9/17 11/23 14/8 14/10 16/13
indicated [1]  12/15
individual [1]  2/15
individuals [2]  2/16 7/24
information [4]  2/17 5/4 5/11 12/23
initial [1]  4/22
instead [1]  4/13
institution [2]  17/18 17/20
intellectual [1]  15/4
intended [1]  4/25
interest [1]  17/6
interview [3]  4/21 4/22 4/24
interviews [1]  5/3
investigating [1]  11/16
investigation [2]  11/19 12/10
investigator [1]  11/8
involved [5]  4/22 4/23 5/22 11/21 12/11
IRS [2]  2/14 2/23
is [71]
it [21]

**J**

Jackie [1]  6/20
January [1]  11/12
Jean [1]  6/25
job [1]  9/15
jobs [1]  9/12
join [1]  9/11
Jr [2]  1/13 18/17
JUDGE [7]  1/10 3/10 6/7 7/13 8/24 9/2 9/6
judgment [1]  15/15
just [6]  4/8 6/14 7/21 11/2 13/1 13/4

**K**

keeping [1]  8/9
kept [1]  9/20
kind [1]  7/23
knew [2]  5/20 9/21

know [9]  2/12 5/5 5/8 5/10 5/15 6/23 7/24
 14/21 15/5
Knowing [1]  15/6
knowingly [1]  15/6
known [5]  6/21 7/2 7/8 8/7 8/9

**L**

lady [1]  7/7
last [1]  3/10
later [2]  9/11 17/22
law [2]  3/19 4/11
learn [1]  11/21
least [2]  5/23
left [1]  9/15
legal [1]  10/9
letter [1]  7/10
level [2]  3/5 5/14
license [1]  11/23
life [2]  7/18 15/7
like [12]  3/11 3/21 4/13 4/14 6/15 7/7 7/10
 8/9 8/20 8/23 10/19 10/21
limited [1]  9/9
little [3]  5/20 7/4 7/8
live [1]  8/2
long [4]  11/16 12/9 12/9 13/8
look [1]  10/16
loss [2]  2/17 2/24
lot [6]  13/6 13/8 13/16 13/21 13/21 13/22
lots [1]  15/9
love [2]  8/12 10/3
loving [2]  7/23 8/5

**M**

ma'am [2]  8/16 18/4
made [5]  2/21 2/22 3/10 6/8 16/14
Maderal [2]  1/13 2/4
make [3]  9/10 10/9 16/6
manager [1]  7/20
mandatory [4]  3/7 3/15 3/16 10/14
manner [1]  17/10
MARCIA [1]  1/9
Marshal [1]  17/21
math [1]  15/19
mathematician [1]  16/4
matter [2]  16/16 18/15
maximum [1]  3/12
may [5]  2/25 3/4 4/16 12/1 15/23
me [22]
mean [1]  14/17
means [1]  6/1
media [2]  12/14 12/15
mention [1]  6/15
mentioned [1]  14/5
met [1]  7/19
MIAMI [9]  1/5 1/15 1/18 1/22 1/22 7/2
 9/16 18/18 18/18
Miami-Dade [2]  7/2 9/16
Michelle [2]  7/7 7/16
Miguel [2]  1/16 2/7
miller [4]  1/21 1/23 18/16 18/16
million [1]  8/8
mind [1]  3/25
minimum [1]  3/15
minor [1]  4/12
moment [1]  4/15
money [3]  7/4 14/11 14/19
Montero [3]  11/1 11/5 11/8

**M**

month [3]  13/25 13/25 15/11
monthly [1]  16/9
months [13]  3/7 3/7 4/1 4/5 4/6 7/21 15/16
 15/16 15/17 15/11 15/18 15/20 15/24
more [2]  5/20 15/2
morning [2]  7/15 7/17
most [3]  7/23 9/23 14/15
mother [3]  9/11 9/17 9/24
mother's [1]  5/2
Move [1]  12/7
moving [1]  13/16
Mr. [22]
Mr. Caridad [5]  3/4 8/17 10/10 12/5 18/8
Mr. Compere [15]  2/6 3/2 3/11 4/3 4/14
 4/19 4/24 5/7 5/11 6/24 11/16 11/21 12/11
 13/21 13/23
Mr. Compere's [2]  4/10 13/22
much [6]  4/2 8/12 8/16 14/4 14/13 18/10
multiple [1]  5/23
must [1]  17/13
my [36]
Myrna [2]  7/16 7/17

**N**

name [3]  7/13 7/15 7/17
named [2]  6/20 7/7
names [2]  2/20 6/15
nature [2]  13/2 15/12
NE [1]  1/14
need [3]  13/10 13/20 16/15
needed [1]  14/1
needs [4]  7/4 7/5 7/6 16/2
never [3]  8/8 9/20 9/21
new [2]  8/1 13/15
nip [1]  13/20
no [18]  1/2 2/15 2/19 4/11 6/1 6/3 9/17
 12/19 14/20 15/7 15/7 15/17 16/17 17/11
 17/16 17/20 17/22 18/9
non [1]  3/16
non-mandatory [1]  3/16
none [1]  10/4
noon [1]  17/22
North [1]  18/18
not [20]
Nothing [1]  18/6
notice [1]  17/13
now [7]  5/5 7/19 12/2 12/3 13/12 13/17 17/8
number [2]  12/12 16/2

**O**

object [3]  11/25 12/20 17/9
objection [2]  12/5 17/14
obtain [1]  14/10
obviously [1]  6/23
occur [1]  3/21
offense [4]  3/5 4/10 13/2 13/11
offering [1]  6/3
office [3]  1/14 1/17 16/23
officer [1]  5/24
Official [2]  1/21 18/17
officials [1]  5/23
one [18]  3/6 3/10 3/12 3/21 3/22 5/19 5/20
 7/23 9/17 9/25 14/5 14/22 15/17 15/18
 15/19 16/2 16/20 16/20
ones [2]  2/24 14/9

ongoing [1]  5/22
only [4]  8/25 9/7 9/17 9/25
open [1]  6/12
Operations [1]  9/14
order [2]  10/17 16/12
ordered [1]  15/21
other [16]  3/13 3/22 3/22 5/9 5/12 5/16 6/19
 6/25 7/6 10/15 12/14 14/9 15/2 16/12 16/13
 16/25
others [1]  3/2
our [5]  7/24 13/11 13/13 13/13 13/19
out [5]  2/24 8/7 14/25 15/24 16/2
outlined [1]  17/4
over [1]  9/12
overrepresents [1]  15/12
own [3]  8/3 14/19 14/19

**P**

P-R-O-C-E-E-D-I-N-G-S [1]  2/1
p.m [3]  17/23 17/24 18/11
Pages [1]  1/7
parents [4]  6/16 9/1 9/8 9/21
part [2]  7/18 17/4
particular [1]  13/15
path [1]  15/6
pay [3]  15/21 16/9 17/4
payable [1]  16/14
payment [1]  16/6
payments [1]  16/11
people [17]  5/5 5/7 5/9 5/12 5/21 5/24 6/13
 6/19 13/16 13/18 13/21 13/22 13/22 14/16
 14/18 14/22 15/9
per [2]  14/21 16/7
percent [2]  16/7 16/9
period [1]  16/5
person [7]  6/23 6/25 7/9 9/1 9/8 15/4 15/5
persons [3]  5/8 5/17 14/9
phonetic [3]  6/20 6/25 7/8
place [2]  8/1 8/4
placed [1]  16/19
plague [2]  13/11 13/12
Plaintiff [1]  1/4
plea [2]  14/11 17/7
please [3]  3/5 4/18 7/14
pled [2]  3/11 14/6
plus [3]  4/2 4/5 15/24
point [4]  3/10 4/25 10/9 10/9
points [1]  10/8
police [1]  5/24
possess [1]  17/1
possessing [1]  16/25
possibility [1]  6/5
postal [1]  5/24
power [1]  8/10
preclude [1]  16/11
present [2]  2/8 4/24
prevented [1]  8/11
Prince [1]  6/20
prior [1]  4/11
prison [1]  5/23
Prisons [1]  16/23
probation [3]  2/12 16/12 16/23
problems [1]  4/11
proceed [1]  3/4
proceedings [4]  4/17 6/12 18/11 18/14
proceeds [1]  10/7
proffer [4]  12/1 12/2 12/21 14/7

profit [1]  14/25
prohibited [2]  10/12 16/25
pronounced [1]  17/10
property [1]  17/6
Prosecutor [2]  14/16
provide [1]  9/8
providing [1]  9/17
PSI [1]  12/3
public [3]  1/17 2/8 5/23
punishment [1]  13/10
pushed [1]  9/19
put [1]  10/2

**Q**

qualities [1]  7/9
quarter [1]  16/7
quite [1]  7/2

**R**

raised [2]  9/1 9/8
Ramone [1]  7/8
range [4]  3/6 4/4 10/11 15/14
ranging [1]  13/3
rate [1]  16/9
reached [1]  2/24
reaching [1]  5/22
read [3]  7/11 8/22 9/2
reality [1]  3/20
really [2]  5/6 12/1
reasons [1]  4/8
received [1]  14/11
record [2]  2/2 6/8
rectify [1]  14/20
redundant [1]  3/24
refund [1]  14/18
refunds [1]  14/10
refused [1]  5/21
refusing [1]  6/2
regard [2]  2/11 16/16
regularly [1]  6/22
release [6]  16/8 16/18 16/19 16/22 17/3
 18/1
released [1]  16/24
relevant [1]  10/22
remain [1]  17/25
report [4]  16/23 17/4 17/15 17/18
REPORTED [1]  1/21
Reporter [2]  1/21 18/17
represented [1]  4/20
requirement [1]  10/14
residence [2]  11/12 12/13
resource [1]  15/5
resources [1]  16/12
restitution [5]  2/21 15/22 16/9 16/13 16/16
result [1]  3/1
Rick [2]  11/1 11/5
right [9]  3/3 6/11 9/4 11/2 11/3 12/2 13/12
 14/13 17/6
risen [1]  5/14
RMR [2]  1/21 18/16
Roman [2]  7/16 7/17
Room [1]  1/22
rough [1]  9/16
Rule [1]  6/3

**S**

sad [1]  13/18

USA s. COMPERE                                                                 23

## S

safety [1]  5/2
said [1]  2/12
say [4]  4/8 8/19 15/25 16/1
saying [1]  10/13
says [1]  3/19
scheme [1]  14/8
school [2]  9/12 9/15
se [1]  14/21
search [3]  11/11 11/20 12/12
Sebastian [1]  8/5
second [2]  4/23 5/20
secret [2]  8/9 9/21
Security [7]  2/13 2/23 11/1 11/22 12/18
 13/15 13/17
see [4]  8/12 8/25 9/7 14/17
seem [1]  3/20
seemed [1]  3/17
seems [2]  3/17 3/23
sees [1]  6/22
seized [1]  12/12
sent [1]  9/11
sentence [18]  3/4 4/1 4/3 4/4 4/6 4/7 10/11
 10/14 10/15 10/15 10/17 13/25 14/1 15/11
 17/8 17/10 17/13 18/2
sentenced [1]  15/16
sentences [1]  3/20
sentencing [2]  1/9 6/14
September [2]  17/18 17/19
September 30th [2]  17/18 17/19
serious [1]  13/14
seriousness [1]  13/10
served [2]  15/18 16/21
Service [1]  17/21
serving [1]  18/2
set [1]  14/10
seven [1]  4/6
several [1]  9/12
shall [8]  15/21 16/6 16/8 16/14 17/1 17/2
 17/17 17/21
she [9]  7/1 7/2 7/3 7/5 7/6 7/10 7/10 7/10
 9/24
She's [1]  7/2
should [1]  15/20
shouldn't [1]  12/3
sic [1]  9/9
sick [2]  9/18 9/24
side [1]  14/8
sidebar [1]  4/14
silver [1]  15/7
sir [9]  10/24 11/2 12/23 12/25 14/14 14/24
 17/12 17/24 18/3
sit [1]  5/16
sitting [1]  8/5
situation [1]  13/13
situations [1]  14/20
six [2]  4/7 7/19
slight [1]  14/6
slightly [1]  15/13
so [9]  3/22 3/24 4/21 5/10 5/12 6/1 8/20
 14/20 14/22
Social [7]  2/13 2/23 11/1 11/22 12/18 13/15
 13/17
some [8]  4/12 5/13 5/21 6/8 6/13 7/2 7/25
 13/3
someone [2]  13/4 13/6

something [4]  4/13 7/4 8/19 13/19
son [5]  8/2 8/2 8/3 8/3 8/5
sorry [1]  10/5
sought [2]  2/20 14/9
South [1]  9/14
SOUTHERN [1]  1/1
speak [3]  5/18 5/22 7/9
special [2]  17/4 17/5
spending [1]  14/19
spoke [1]  4/24
spoon [2]  15/8 15/9
stacking [1]  3/7
stage [1]  12/3
stand [2]  8/21 14/14
standard [1]  17/3
start [1]  3/11
started [1]  9/16
stated [1]  3/19
statement [3]  8/22 9/3 14/12
STATES [11]  1/1 1/3 1/10 1/21 2/3 2/5 2/10
 9/10 10/6 10/25 16/11 17/21 18/5 18/17
stay [1]  8/4
steal [1]  13/19
still [2]  4/7 6/5
stolen [1]  1/17
storage [2]  12/13 12/14
Street [2]  1/14 1/17
strictly [1]  3/18
struggles [1]  7/25
substance [1]  17/1
substantial [2]  4/7 5/14
such [1]  16/10
suffered [1]  3/1
sufficient [1]  12/22
Suite [1]  18/18
supermarket [1]  10/1
supervised [2]  16/19 17/3
supervisor [1]  9/13
support [1]  6/24
supported [2]  6/17
suppose [1]  14/15
surprised [1]  6/18

## T

take [3]  3/24 5/15 9/25
taking [1]  7/5
talk [2]  5/16 5/21
tax [9]  11/23 12/9 12/11 12/15 12/16 12/17
 13/17 14/8 14/10
tell [6]  4/13 5/7 7/13 12/2 12/10 15/8
tells [5]  5/2 5/6 7/3
ten [3]  3/12 4/6 6/21
ten-year [1]  3/12
term [1]  16/19
terms [4]  2/21 2/25 13/10 17/25
testimony [1]  11/25
than [1]  17/22
thank [11]  6/11 8/15 8/16 12/23 12/24
 12/25 14/4 14/13 16/4 18/9 18/10
that [70]
that's [10]  8/14 10/18 11/10 11/15 14/3
 14/12 14/22 15/2 15/16 17/5
their [5]  2/20 3/1 6/15 14/19 14/19
them [9]  2/18 2/20 2/25 5/7 5/9 5/11 10/3
 13/7 13/7
then [4]  3/22 9/16 13/5 16/7
there [21]

these [8]  3/21 13/6 13/11 13/12 13/13 14/20
 14/22 16/11
they [14]  2/12 2/12 2/21 2/22 2/23 2/25 5/6
 5/8 5/9 5/10 6/16 9/1 9/8 9/21
thing [4]  14/5 14/22 14/23 15/2
things [1]  9/16
think [20]
thinks [1]  14/17
this [37]
those [4]  5/3 5/7 5/12 5/24
though [3]  14/12 14/20 15/3
thousands [1]  2/16
three [6]  13/4 14/1 15/18 16/19 16/20 16/21
through [5]  7/20 7/25 8/6 8/13 10/2
throughout [1]  6/17
time [14]  5/16 7/2 7/24 8/7 8/13 9/15 13/3
 13/8 14/19 14/24 16/10 17/13 17/20 17/24
times [2]  8/6 15/4
title [1]  17/6
today [3]  6/14 14/21 17/17
together [2]  7/19 13/25
told [4]  4/9 5/9 5/19 5/20
Toll [1]  7/20
Tolls [1]  9/14
too [1]  4/2
took [1]  14/24
top [1]  10/15
total [6]  3/5 4/1 4/5 12/18 15/16 15/20
tough [1]  8/13
TRANSCRIPT [1]  1/9
transcription [1]  18/14
Transportation [1]  9/14
true [1]  5/18
truthful [2]  5/4 5/12
turn [2]  13/24 17/21
Turnpike [2]  7/20 9/14
two [17]  3/12 3/14 3/23 4/2 4/5 4/10 5/3 5/4
 5/7 5/8 5/18 8/25 10/8 10/11 10/11 10/14
 14/23
two-year [2]  3/14 10/11
types [4]  11/21 13/9 13/11 13/12

## U

U.S [3]  1/14 1/17 18/17
unable [1]  9/18
under [1]  10/11
understand [1]  18/2
understanding [1]  2/23
unemployment [1]  11/23
unfortunate [1]  13/18
UNICOR [2]  16/6 16/7
UNITED [14]  1/1 1/3 1/10 1/21 2/3 2/4
 2/10 9/10 10/6 10/25 16/11 17/21 18/5
 18/17
unlucky [1]  13/5
until [2]  16/10 17/24
up [3]  7/10 14/10 14/18
Upon [2]  16/8 16/18
us [3]  5/18 5/19 5/20
using [3]  13/7 13/7 16/12

## V

versus [1]  2/2
very [10]  6/17 7/22 8/4 8/12 8/16 13/1
 13/14 14/4 14/13 18/10
victims [3]  2/11 9/23 14/21
visits [1]  10/1

**W**

wages [1]  16/7
walk [1]  15/9
walking [1]  14/21
want [2]  8/19 10/8
wanted [1]  16/1
warrant [3]  11/11 11/20 12/12
was [34]
wasn't [2]  14/18 14/23
way [2]  2/19 13/18
ways [1]  14/17
we [17]  2/2 2/9 2/17 2/24 4/1 4/3 4/4 4/6
 4/22 4/23 4/25 5/19 5/24 7/19 7/21 12/12
 13/20
well [2]  12/5 12/13
went [1]  9/15
were [5]  2/23 5/25 11/8 14/9 15/3
WESLY [12]  1/6 2/2 2/8 7/18 7/20 7/23
 7/25 8/4 8/7 8/12 9/5 11/11
what [15]  4/8 5/6 5/19 6/6 9/20 9/22 10/9
 11/20 12/21 14/1 14/7 14/12 14/15 14/15
 15/7
whatever [1]  3/15
when [3]  5/21 9/15 14/5
whenever [1]  7/3
where [2]  4/24 16/24
wherever [1]  7/5
which [10]  3/12 3/14 4/5 4/7 8/20 9/19
 10/10 14/6 14/7 17/10
while [1]  7/19
who [14]  2/8 2/24 4/20 6/13 6/19 6/20 6/25
 7/8 13/4 13/6 13/16 14/9 15/5 15/9
whole [3]  2/21 2/22 6/17
wide [1]  13/3
Wilkie [1]  18/17
will [5]  5/15 5/21 13/23 15/13 18/1
willing [1]  7/3
wish [3]  8/9 8/17 10/4
within [2]  16/22 17/13
without [4]  3/21 5/7 5/11 15/4
WITNESS [1]  11/5
woman [2]  9/18 9/24
work [1]  15/5
worked [1]  13/21
workers [1]  5/24
working [2]  7/19 9/25
works [2]  7/1 16/6
would [23]
written [1]  8/20
wrong [1]  9/19

**Y**

year [5]  3/12 3/14 10/11 11/18 16/20
years [14]  3/23 4/2 4/5 4/6 4/7 4/10 6/22
 7/19 8/8 9/13 10/11 10/14 16/20 16/20
Yes [5]  3/9 6/10 11/4 16/3 18/4
yet [2]  5/5 13/18
you [51]
young [1]  7/7
your [26]